835622_1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| NECA-IBEW PENSION FUND (THE DECATUR PLAN), Individually and on Behalf of All Others Similarly Situated, | ) ) ) Case No. 1:10-cv-05339 ) ) <u>CLASS ACTION</u> |
| Plaintiff, | ) Judge Joan H. Lefkow ) |
| vs. | ) ) |
| NORTHERN TRUST CORPORATION, et al., | ) ) |
| Defendants. | ) ) ) |

STIPULATION OF VOLUNTARY DISMISSAL

THE PARTIES,[1] BY AND THROUGH THEIR COUNSEL OF RECORD, agree as follows:

WHEREAS, the amended complaint in the above-captioned class action was filed on February 1, 2011 ("Complaint") and was dismissed with leave to amend on March 28, 2013;

WHEREAS, Plaintiffs and their counsel have now determined, after careful review and deliberation, to voluntarily dismiss this action;

WHEREAS, Defendants have agreed and stipulated to this dismissal;

WHEREAS, at present, this matter has not been certified as a class action;

WHEREAS, under Fed. R. Civ. P. 41(a)(1), Plaintiffs are permitted to dismiss this action upon stipulation of the Parties;

WHEREAS, neither Plaintiffs nor their counsel have received or will receive any consideration for dismissing this action from Defendants or otherwise; and

WHEREAS, because a class has not been certified, Fed. R. Civ. P. 23(e) does not apply and no prejudice to absent putative class members will result from dismissing the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and through the Parties and their respective counsel, and subject to the Court's approval, that this action shall be dismissed under the following terms and conditions:

1. The Parties agree that Plaintiffs shall dismiss their claims under Fed. R. Civ. P. 41, and this dismissal is with prejudice only to City of Westland Police and Fire Retirement System, NECA-IBEW Pension Fund (The Decatur Plan) and United, Wire Metal and Machine Pension Fund.

---

[1] The "Parties" are collectively Lead Plaintiff City of Westland Police and Fire Retirement System and named plaintiffs NECA-IBEW Pension Fund (The Decatur Plan) and United, Wire Metal and Machine Pension Fund ("Plaintiffs") and defendants Northern Trust Corporation, William A. Osborn, Frederick H. Waddell, and Steven L. Fradkin ("Defendants").

835622_1

2.  No Party to this stipulation or his or its counsel shall contend or assert that any other Party, or his or its counsel, has violated Fed. R. Civ. P. 11 or otherwise acted imprudently or improperly in regard to this action.

3.  The Parties agree to bear their own costs in connection with this matter.

4.  No Party to this stipulation or his or its counsel shall seek reimbursement from or pursue any action or claim against any other Party or his or its counsel for any fees, costs, expenses, damages or otherwise of any sort in connection with the filing, prosecution, defense or dismissal of this action or the events that are the subject of this action and that the Parties and their counsel finally and forever release, relinquish and discharge each other for all claims arising out of, in any way relating to, or in connection with this case.

IT IS SO STIPULATED.

DATED: May 16, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES A. CAPUTO
CATHERINE J. KOWALEWSKI
MATTHEW I. ALPERT

s/ JAMES A. CAPUTO
JAMES A. CAPUTO

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

|  |  |
|---|---|
|  | MILLER LAW LLC<br>MARVIN A. MILLER<br>LORI A. FANNING<br>115 S. LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Telephone: 312/332-3400<br>312/676-2676 (fax)<br>mmiller@millerlawllc.com<br>lfanning@millerlawllc.com<br><br>Liaison Counsel<br><br>VANOVERBEKE MICHAUD<br>  & TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE<br>THOMAS C. MICHAUD<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: 313/578-1200<br>313/578-1201 (fax)<br><br>Additional Counsel for Plaintiff |
| DATED: May 16, 2013 | MICHELE L. ODORIZZI<br>JUSTIN A. MCCARTY<br>MAYER BROWN LLP<br><br>   s/ MICHELE L. ODORIZZI (w/consent)<br>      MICHELE L. ODORIZZI<br><br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: 312/782-0600<br>312/701-7711 (fax)<br><br>Counsel for Defendants Northern Trust Corporation, William A. Osborn, Frederick H. Waddell, and Steven L. Fradkin |

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2013.

s/ JAMES A. CAPUTO
JAMES A. CAPUTO

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:JimC@rgrdlaw.com

835622_1

# Mailing Information for a Case 1:10-cv-05339

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew I Alpert**
  malpert@rgrdlaw.com

- **James A. Caputo**
  jimc@rgrdlaw.com,stremblay@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,JRamirez@millerlawllc.com

- **Catherine J. Kowalewski**
  katek@rgrdlaw.com

- **Justin Adam Mccarty**
  jmccarty@mayerbrown.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com

- **Brian O O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michele Louise Odorizzi**
  courtnotification@mayerbrown.com,modorizzi@mayerbrown.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)