UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| NECA-IBEW PENSION FUND (THE DECATUR PLAN), Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN TRUST CORPORATION, et al.,<br><br>Defendants. | Case No. 1:10-cv-05339<br><br>CLASS ACTION<br><br>Judge Joan H. Lefkow |

ORDER RE STIPULATED VOLUNTARY DISMISSAL

Having considered the Parties' stipulation and good cause appearing therefor, the above-captioned action is dismissed with prejudice as to Plaintiffs City of Westland Police and Fire Retirement System, NECA-IBEW Pension Fund (The Decatur Plan) and United, Wire Metal and Machine Pension Fund and Defendants Northern Trust Corporation, William A. Osborn, Frederick H. Waddell, and Steven L. Fradkin, on the terms set out in the Parties' stipulation.

DATED: May 16, 2013

_____
Joan H. Lefkow
Uniied States District Judge

- 1 -